In Re People v. Saville, Alan No. 22SA383
Supreme Court of Colorado, En Banc
February 21, 2023

 Order
 issued February 17, 2023

 RULE
 CHANGE

 RULE
 CHANGE 2023(03) RULES GOVERNING LAWYER DISCIPLINE AND
 DISABILITY PROCEEDINGS, PROTECTIVE APPOINTMENT OF COUNSEL,
 CONTINUING LEGAL AND JUDICIAL EDUCATION, ATTORNEYS' FUND
 FOR CLIENT PROTECTION, AND LAWYER ASSISTANCE PROGRAMS Rule
 242.37.5

 Adopted
 by the Court, En Banc, February 16, 2023, effective
 immediately. Justice Márquez recused from any
 participation in this rulemaking process.